BERTINE COOK, Appellant, *v.* THE GREAT ATLANTIC AND
PACIFIC TEA COMPANY, Respondent.

ARBOR COOK, Appellant, *v.* THE GREAT ATLANTIC AND
PACIFIC TEA COMPANY, Respondent.

(Submitted June 11, 1935; decided July 11, 1935.)

*Walter S. Forsyth* for appellants.

*Carlyle B. Newcomb* and *Stephen K. Pollard* for respondent.

In each case, order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.